**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FREDERICK SANTIAGO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-15726 (BRM) (SDA)<br><br>**ORDER** |

**THIS MATTER** is before the Court on (1) Plaintiff Frederick Santiago's ("Plaintiff") Motions for Default Judgment (ECF Nos. 25, 30), seeking default judgment against Defendants City of Newark, Newark Police Department, Newark Chief of Police John Doe, Mayor Ras Baraka, Officer Jose Fernandes, Officer Jose Rey Colon, and Lieutenant Jeanette Burgos (together, "Defendants") and (2) Defendants' Cross-Motion to Vacate the Entry of Default (ECF No. 29-2). Having reviewed and considered the submissions filed in connection with the motions and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 8th day of October 2026,

**ORDERED** that Defendants' Cross-Motion to Vacate Default (ECF No. 29-2) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Motions for Default Judgment (ECF Nos. 25, 30) are **DENIED AS MOOT**; and it is further

**ORDERED** that Defendants shall answer the Complaint within 10 days of this Order.

***/s/ Brian R. Martinotti***
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**